TREG R. TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone (907) 451-2811
aisha.bray@alaska.gov

Attorney for State of Alaska, Elondre Johnson,
Nathaniel Johnson, James Thomas, & Christine Joslin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KYLE EYRE, as Personal Representative of the ESTATE OF CODY EYRE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>THE CITY OF FAIRBANKS, a municipal corporation, RICHARD SWEET, TYLER LARIMER, THE STATE OF ALASKA, ELONDRE JOHNSON, NATHANIEL JOHNSON, JAMES THOMAS, III, CHRISTINE JOSLIN, and JOHN DOES 1-10,<br><br>　　　Defendants. | Case No. 4:19-cv-00038-SLG |

NOTICE OF FILING CONVENTIONAL MATERIALS

Pursuant to Local Rule 7.3(c), defendants State of Alaska, Trooper Elondre Johnson, Trooper Nathaniel Johnson, Trooper James Thomas, and Trooper Christine

Joslin hereby notify the Court and the parties that two (2) copies of Exhibits L, M, N, O, P, and Q on DVDs are filed conventionally with the clerk's office. Exhibits L, M, and N are the body camera video of Officer Sweet, the dash camera video from Officer Sweet, and the body camera video from Officer Larimer, respectively. Exhibits O, P, and Q are the recorder audios from Trooper Joslin, Trooper E. Johnson, and Trooper Thomas, respectively.

DATED at Fairbanks, Alaska, this 30th day of April, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By: *s/ Aisha Tinker Bray*
Aisha Tinker Bray
Alaska Bar No. 9505028
Attorney for State of Alaska,
Elondre Johnson, Nathaniel Johnson,
James Thomas, III, & Christine Joslin

**CERTIFICATE OF SERVICE**
This is to certify that on this 30th day of April, 2021, a copy of the foregoing document was served electronically by ECF on:

March C. Choate, Esq.
Clinton M. Campion, Esq.
Zane D. Wilson, Esq.

*/s/ Aisha Tinker Bray*
Aisha Tinker Bray