Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605
Email: campion@alaskalaw.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KYLE EYRE as Personal Representative of the Estate of CODY EYRE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF FAIRBANKS, a municipal corporation, RICHARD SWEET, TYLER LARIMER, the STATE OF ALASKA, ELONDRE JOHNSON, NATHANIEL JOHNSON, JAMES THOMAS III, CHRISTINE JOSLIN, and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 4:19-cv-00038-SLG |

## JOINDER ON MOTION FOR SUMMARY JUDGMENT

Defendant City of Fairbanks, by and through counsel Sedor, Wendlandt, Evans & Filippi, LLC, hereby joins in Trooper Elondre Johnson, Trooper Nathaniel Johnson, Trooper James Thomas, III, and Trooper Christine Joslin's motion for summary judgment.

Respectfully submitted this 9th day of July, 2021.

    SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
    Attorneys for Defendant

By: /s/Clinton M. Campion
Clinton M. Campion, State Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
(907) 677-3600 (Telephone)
(907) 677-3605 (Facsimile)
Email address: campion@alaskalaw.pro
COUNSEL FOR DEFENDANT CITY OF FAIRBANKS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 9th day of July, 2021 electronically by ECF on:

Mark C. Choate
Zane D. Wilson
Aisha Tinker Bray

/s/Riza Smith
Certification signature

JOINDER ON MOTION FOR SUMMARY JUDGMENT
*Kyle Eyre vs. The City of Fairbanks, Et al.* - Case No. 4:19-cv-00038-SLG    Page 2 of 2

Case 4:19-cv-00038-SLG   Document 53   Filed 07/09/21   Page 2 of 2