# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

KYLE EYRE, *personal representative of Cody Eyre*,

        Plaintiff,

  v.

THE CITY OF FAIRBANKS, *et al.,*

        Defendants.

Case No. 4:19-cv-00038-SLG

## SCHEDULING ORDER

This matter came on for a status hearing on December 7, 2021. Based on the discussions on record at that time, IT IS ORDERED as follows:

1. All pretrial deadlines with respect to expert disclosures are STAYED pending further order of the Court. Fact discovery is likewise STAYED pending further order of the Court except as to the depositions of the individual officer defendants.

2. Plaintiff shall conclude the depositions of the defendant officers no later than February 28, 2022. In the event the parties have not been able to schedule all depositions to occur within that timeframe by December 1, 2021, Plaintiff shall promptly request a status conference from the Court in early January 2022 to address any deposition scheduling disputes.

3. On or before February 28, 2022, the parties shall file (jointly or separately) a status report as to the anticipated date for the transcripts of all officer defendant depositions to be completed.

4. Defendants may file renewed motions for summary judgment within 30 days of the receipt of all deposition transcripts.

DATED this 8th day of December, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 4:19-cv-00038-SLG, *Eyre v. The City of Fairbanks, et al.*
Scheduling Order
Page 2 of 2
Case 4:19-cv-00038-SLG   Document 75   Filed 12/08/21   Page 2 of 2