Mark Choate, AK #8011070
Jon Choate, AK #1311093
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Tel: (907) 586-4490
Fax: (206) 424-9705
Email: lawyers@choatelawfirm.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| KYLE EYRE, Personal Representative of the Estate of Cody Eyre,<br><br>　　　　Plaintiff,<br>vs.<br>THE CITY OF FAIRBANKS, a Municipal Corporation, RICHARD SWEET, TYLER LARIMER, the STATE OF ALASKA, ELONDRE JOHNSON, NATHANIEL JOHNSON, JAMES THOMAS III, CHRISTINE JOSLIN, and JOHN DOES 1-10, Inclusive.<br><br>　　　　Defendant. | Case No. 4:19-cv-00038- SLG |

## JOINT STATUS REPORT

In response to the court's order at Docket 75 the parties submit their Joint Status Report regarding the completion of defendant Officers and Troopers depositions. The parties have completed 4 of the 6 depositions and are on schedule to complete the remaining 2 depositions on February 28, 2022.

Joint Status Report in Response to Order at Dkt 75
*Eyre v. The City of Fairbanks, et al.*, Case No. 4:19-cv-00038- SLG
Page 1 of 2

Case 4:19-cv-00038-SLG   Document 76   Filed 02/24/22   Page 1 of 2

The parties anticipate all deposition transcripts will be transcribed within 30 days or on or before March 28, 2022.

| | |
|---|---|
| Dated: February 24, 2022 | CHOATE LAW FIRM LLC<br>Attorneys for Plaintiff<br><br>_____/s/ Mark Choate_____<br>Mark Choate, #8011070 |
| Dated: February 24, 2022 | CSG, Inc.<br>Attorneys for Defendants<br>Richard Sweet and Tyler Larimer<br><br>_____/s/ Zane D. Wilson_____<br>Zane D. Wilson, #9111108 |
| Dated: February 24, 2022 | KEVIN G. CLARKSON<br>ATTORNEY GENERAL<br>Attorneys for Defendants<br>State of Alaska, Elondre Johnson,<br>Nathaniel Johnson, James Thomas<br>and Christine Joslin<br><br>____/s/ Aisha Tinker Bray_____<br>Aisha Tinker Bray, #9505028 |
| Dated: February 24, 2022 | SEDOR WENDLANDT EVANS<br>FILIPPI LLC<br>Attorneys for Defendant<br>The City of Fairbank<br><br>____/s/ Clinton M. Campion_____<br>Clinton M. Campion, #0812105 |

Joint Status Report in Response to Order at Dkt 75
*Eyre v. The City of Fairbanks, et al.*, Case No. 4:19-cv-00038- SLG
Page 2 of 2

Case 4:19-cv-00038-SLG   Document 76   Filed 02/24/22   Page 2 of 2