TREG R. TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2811
aisha.bray@alaska.gov

Attorney for State of Alaska, Elondre Johnson,
Nathaniel Johnson, James Thomas, & Christine Joslin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KYLE EYRE, as Personal Representative of the ESTATE OF CODY EYRE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF FAIRBANKS, a municipal corporation, RICHARD SWEET, TYLER LARIMER, THE STATE OF ALASKA, ELONDRE JOHNSON, NATHANIEL JOHNSON, JAMES THOMAS, III, CHRISTINE JOSLIN, and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 4:19-cv-00038-SLG |

**STATE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, defendants State of Alaska,

Trooper Elondre Johnson, Trooper Nathaniel Johnson, Trooper James Thomas, III, and

Trooper Christine Joslin hereby move for summary judgment on all claims against them in this matter based on qualified immunity and for the reasons set forth in the memorandum in support of this motion file herewith.

DATED at Fairbanks, Alaska, this 27th day of April, 2022.

TREG R. TAYLOR
ATTORNEY GENERAL

By: s/ *Aisha Tinker Bray*
    Aisha Tinker Bray
    Alaska Bar No. 9505028
    Attorney for State of Alaska,
    Elondre Johnson, Nathaniel Johnson,
    James Thomas, III, & Christine Joslin

**CERTIFICATE OF SERVICE**
This is to certify that on this 27th day of April, 2022, a copy of the foregoing document was served electronically by ECF on:

March C. Choate, Esq.
Clinton M. Campion, Esq.
Zane D. Wislon, Esq.

s/ *Aisha Tinker Bray*

*Eyre v. City of Fairbanks, et al*     Case No. 4:19-cv-00038-SLG
State's Motion for Summary Judgment     Page 2 of 2

Case 4:19-cv-00038-SLG   Document 78   Filed 04/27/22   Page 2 of 2