IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KYLE EYRE, as Personal Representative of the ESTATE OF CODY EYRE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF FAIRBANKS, a municipal corporation, RICHARD SWEET, TYLER LARIMER, THE STATE OF ALASKA, ELONDRE JOHNSON, NATHANIEL JOHNSON, JAMES THOMAS, III, CHRISTINE JOSLIN, and JOHN DOES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:19-cv-00038-SLG |

**[PROPOSED]**
**ORDER GRANTING**
**STATE'S MOTION FOR SUMMARY JUDGMENT**

Defendants State of Alaska, Trooper Elondre Johnson, Trooper Nathaniel Johnson, Trooper James Thomas, III, and Trooper Christine Joslin having moved for summary judgment pursuant to Federal Rule of Civil Procedure 56 on all claims against them in this matter, plaintiff the Estate of Cody Eyre having opposed such motion, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that the State's Motion for Summary Judgment is GRANTED for the reasons set forth in the memorandum in support of the motion, and all claims against defendants State of Alaska, Trooper Elondre Johnson, Trooper Nathaniel

Johnson, Trooper James Thomas, III, and Trooper Christine Joslin are DISMISSED with prejudice.

DATED at Anchorage, Alaska, this ____ day of _____, 2022.

_____
Honorable Sharon L. Gleason
United State District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that on this 27th day of April, 2022, a copy of the foregoing document was served electronically by ECF on:

March C. Choate, Esq.
Clinton M. Campion, Esq.
Zane D. Wislon, Esq.

*s/ Aisha Tinker Bray*

*Eyre v. City of Fairbanks, et al*  Case No. 4:19-cv-00038-SLG
[Proposed] Order Granting State's Motion for Summary Judgment  Page 2 of 2

Case 4:19-cv-00038-SLG   Document 78-1   Filed 04/27/22   Page 2 of 2