# In The Matter Of:

*The Estate of Cody Eyre vs.*
*AST/DPS, et al.*

---

*December 24, 2017*
*Transcript of Audio Recordings*

---

*Crystal Thompson Court Reporting Services, LLC*
*516 Second Avenue, Suite 315*
*Fairbanks, Alaska 99701*
*(907) 460-9535*
*AlaskaCrystal@gmail.com*

Original File EYRE DPS 00184-00187.txt
Min-U-Script® with Word Index

```
 1        IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

 2           FOURTH JUDICIAL DISTRICT AT FAIRBANKS

 3

 4

 5   THE ESTATE OF CODY EYRE,

 6

 7   v.

 8

 9   AST/DPS, et al.,
     _____/
10   Case No. 4:19-CV-00038-SLG

11

12

13

14

15             TRANSCRIPT OF AUDIO RECORDINGS:

16                      DPS-00184

17                      DPS-00185

18                      DPS-00186

19                      DPS-00187

20

21

22

23

24

25
```

```
 1   DPS-00184

 2   (0:00:00)

 3           911 DISPATCHER:  911.  What city, please?

 4           JEAN EYRE:  Fairbanks.

 5           911 DISPATCHER:  Do you need police, fire,

 6   or ambulance assistance?

 7           JEAN EYRE:  Not fire.  I need police

 8   assistance.

 9           911 DISPATCHER:  Okay.  What's the location

10   of the emergency?

11           JEAN EYRE:  Farmers Loop, the corner just

12   before you get to Sourdough on Chena Hot Springs

13   side.

14           911 DISPATCHER:  Okay.  Can you stay on the

15   line for the state troopers.  One moment.

16           AK STATE TROOPER DISPATCHER:  Alaska State

17   Troopers, what -- Alaska State Troopers, what's your

18   emergency?

19           JEAN EYRE:  My son is -- has been drinking

20   and he just broke up with his girlfriend and he's

21   walking down the sidewalk and he has a gun, and I

22   would really like you guys to come and pick him up.

23           AK STATE TROOPER DISPATCHER:  What's his

24   name?

25           JEAN EYRE:  Cody Eyre.
```

1    AK STATE TROOPER DISPATCHER:  Okay.  And

2  where are -- where is he walking?

3    JEAN EYRE:  He's walking in the direction

4  of Sourdough.  He's on the sidewalk.

5    AK STATE TROOPER DISPATCHER:  On Farmers

6  Loop?

7    JEAN EYRE:  Yes.

8    AK STATE TROOPER DISPATCHER:  And -- okay.

9  What is he wearing?

10    JEAN EYRE:  He's wearing black Carhartts

11  and a -- a camouflage coat.

12    AK STATE TROOPER DISPATCHER:  Okay.  Do you

13  know if the gun is loaded?

14    JEAN EYRE:  I do not know.

15    AK STATE TROOPER DISPATCHER:  Okay.  And do

16  you know where on his person it is?

17    JEAN EYRE:  In the holster, I think.

18    AK STATE TROOPER DISPATCHER:  It's in a

19  holster.  Okay.  Did he mention anything specific

20  that he was going to do?

21    JEAN EYRE:  No.

22    AK STATE TROOPER DISPATCHER:  Hurt anyone

23  or...

24    JEAN EYRE:  No.

25    AK STATE TROOPER DISPATCHER:  Okay.  And --

```
 1            JEAN EYRE:  Um, um --

 2            AK STATE TROOPER DISPATCHER:  I'm sorry.

 3   You said he's wearing black Carhartts and what else?

 4            JEAN EYRE:  And a camouflage coat.

 5            AK STATE TROOPER DISPATCHER:  Camo coat.

 6   Okay.  Can you hold on just a second for me?

 7            JEAN EYRE:  Yes.

 8            AK STATE TROOPER DISPATCHER:  And are

 9   you --

10            (Pause.)

11            JEAN EYRE:  We are not getting too close to

12   him.  Do you understand?

13            NICHOLE BOTTELSON:  That is not

14   (indiscernible).

15            AK STATE TROOPER DISPATCHER:  Who is out

16   there with you?

17            JEAN EYRE:  He is ahead of us.  Hold on,

18   please.

19            (Indiscernible) come here.

20            NICHOLE BOTTELSON:  Mom --

21            JEAN EYRE:  He has been drinking.

22            NICHOLE BOTTELSON:  I understand that, but

23   I (indiscernible).  Do you understand that he and I

24   have a good relationship, and if he doesn't want me

25   to come, I will walk away.
```

1          JEAN EYRE:  (Indiscernible.)

2          NICHOLE BOTTELSON:  Honest to God.

3          JEAN EYRE:  He's up there.  Get off the

4     road.

5          AK STATE TROOPER DISPATCHER:  Ma'am?

6          JEAN EYRE:  I'm sorry.

7          AK STATE TROOPER DISPATCHER:  Are you in

8     sight of -- are you in sight of Cody?

9          JEAN EYRE:  In sight?  I was but I'm trying

10    not to get too close to him.

11         AK STATE TROOPER DISPATCHER:  Okay.  Are

12    you in a vehicle?

13         JEAN EYRE:  Yes, I am.

14         AK STATE TROOPER DISPATCHER:  What kind of

15    vehicle are you in?

16         JEAN EYRE:  I am in a black Navigator, and

17    my daughter is walking ahead of me.  She is trying

18    to catch up to Cody.

19         AK STATE TROOPER DISPATCHER:  Okay.  Have

20    you told her to stay back?  I -- I heard you a

21    little bit ago.  Is she refusing to --

22         JEAN EYRE:  Well, she --

23         AK STATE TROOPER DISPATCHER:  -- stay back?

24         JEAN EYRE:  She feels like she has a really

25    good relationship with him, and so she said that if

1    he does not want her there that she would turn

2    around.  And I said, "Do you promise?"  And she

3    said, yes, she promises.

4            AK STATE TROOPER DISPATCHER:  Okay.  Can

5    you get her to come back to you?  I don't want

6    anyone going near him if he's in this state of mind.

7            JEAN EYRE:  Well, I am -- I am close enough

8    to her.  So...

9            AK STATE TROOPER DISPATCHER:  Okay.  Can

10   you tell her to get back in the vehicle because I

11   don't want anyone to make contact with him if he's

12   in the state of mind --

13           JEAN EYRE:  Yes, I can.

14           AK STATE TROOPER DISPATCHER:  -- who knows

15   what he'll do.

16           JEAN EYRE:  Nichole, the state trooper

17   wants you to get in my car.

18           NICHOLE BOTTELSON:  (Indiscernible) state

19   trooper (indiscernible), mom.

20           JEAN EYRE:  Yeah, she's in the car.

21           NICHOLE BOTTELSON:  (Indiscernible.)

22           AK STATE TROOPER DISPATCHER:  Okay.  Let me

23   go ahead and update the trooper, okay.  Give me a --

24           JEAN EYRE:  I don't know if he -- he may

25   have gone down the power line.

1    AK STATE TROOPER DISPATCHER:  He may have
2  gone down the power line?
3    JEAN EYRE:  Nope.  I see him.  He's -- he's
4  really close to Sourdough.  He's, like, a block away
5  from Sourdough.
6    AK STATE TROOPER DISPATCHER:  Okay.  Do you
7  know where he keeps the gun with him?  Is it in his
8  right --
9    JEAN EYRE:  I -- it was -- it was in a
10  holster.
11    AK STATE TROOPER DISPATCHER:  Okay.  Do you
12  know if that's on --
13    JEAN EYRE:  Like, I'm not --
14    AK STATE TROOPER DISPATCHER:  -- his hip or
15  under his shoulder?
16    JEAN EYRE:  Yeah, on his hip.  You can --
17  you can see where it's at.
18    AK STATE TROOPER DISPATCHER:  Okay.
19    JEAN EYRE:  He's not hiding it.
20    AK STATE TROOPER DISPATCHER:  Okay.
21    NICHOLE BOTTELSON:  (Indiscernible.)
22    AK STATE TROOPER DISPATCHER:  Can I get
23  your name and your phone number?
24    JEAN EYRE:  I'm sorry.  Say again.
25    AK STATE TROOPER DISPATCHER:  Can I get

1   your name and your phone number?

2           JEAN EYRE:  My name is Jean Eyre and my

3   phone number is (907) 957-3212.

4           AK STATE TROOPER DISPATCHER:  Okay.  I'm

5   going to be just a second.  Let me go ahead and

6   update my trooper, okay?

7           JEAN EYRE:  Okay.

8             (Pause.)

9             (Yelling in background.)

10          AK STATE TROOPER DISPATCHER:  Jean?

11          JEAN EYRE:  Yes.

12          AK STATE TROOPER DISPATCHER:  Who's yelling

13   in the background?  Is that him?

14          JEAN EYRE:  Yes, it is.

15          AK STATE TROOPER DISPATCHER:  Okay.

16   What -- what is he yelling?

17          JEAN EYRE:  I didn't understand what he

18   said.  He just...

19          NICHOLE BOTTELSON:  He said, "Get the fuck

20   away from me right now."

21          AK STATE TROOPER DISPATCHER:  Is it unusual

22   for him to be carrying a firearm?

23          JEAN EYRE:  Well, when he goes out hunting,

24   he carries it with him all the time.  Otherwise, I

25   don't think he carries the gun with him.

1        AK STATE TROOPER DISPATCHER:  Okay.  And he

2    told everyone to stay back and stay away from him?

3        JEAN EYRE:  Yeah.

4        AK STATE TROOPER DISPATCHER:  Okay.  Just

5    keep your distance.  Keep a good distance between

6    you and him.  Let's not put any pressure on him or

7    provoke him in any way.  If he doesn't want anyone

8    going near him, then let's go ahead and respect

9    that.  And I do have two troopers responding.  Okay?

10       JEAN EYRE:  Okay.

11       AK STATE TROOPER DISPATCHER:  Can you just

12   keep an eye on him and just tell me where he goes?

13       JEAN EYRE:  He has passed Sourdough.  He's

14   about to take the exit onto -- he's about to take

15   the exit.  He's just going for a walk.  And I --

16   I -- I still would like you guys to pick him up.

17       AK STATE TROOPER DISPATCHER:  Okay.  Is he

18   going onto the -- is he starting to get onto the

19   Steese or --

20       JEAN EYRE:  Yes, he is.

21       AK STATE TROOPER DISPATCHER:  -- or the Old

22   Steese there?

23       JEAN EYRE:  (Indiscernible.)

24       AK STATE TROOPER DISPATCHER:  Is he turning

25   onto the Old Steese, like toward Fairbanks, or --

1        JEAN EYRE:  Yes, he's getting onto the

2    Steese towards Fairbanks.

3        AK STATE TROOPER DISPATCHER:  Okay.

4        Okay.  We're getting this information out

5    to the troopers.  Just for your safety, can you just

6    stay on Farmers Loop.  I don't want you guys getting

7    hit on the -- on the highway there.

8        JEAN EYRE:  Well, you know, if I put my

9    blinkers on, on the side of the road, people would

10   go around me, but they might not see him.

11       AK STATE TROOPER DISPATCHER:  Okay.  I

12   understand that, but I don't want you guys to get

13   involved in an accident with vehicles coming at a

14   high rate of speed.  The troopers --

15       JEAN EYRE:  How long --

16       AK STATE TROOPER DISPATCHER:  -- will be

17   there shortly, okay.

18       JEAN EYRE:  Yes, I understand.  But I am

19   going to go and put my blinkers on because they can

20   see my car and they can't see him.  But I -- I

21   understand that you have warned me, and I will stay

22   back from him.

23       AK STATE TROOPER DISPATCHER:  Okay.

24       (Sound of blinker.)

25       JEAN EYRE:  And now I don't see him.  He's

1   in the middle of the -- no, he's not.  I don't know

2   where he went.

3         AK STATE TROOPER DISPATCHER:  Did you see

4   him cross the highway?

5         JEAN EYRE:  Yes, he did.  He crossed the

6   highway.

7         AK STATE TROOPER DISPATCHER:  He -- so he's

8   northbound --

9         JEAN EYRE:  (Indiscernible.)

10        AK STATE TROOPER DISPATCHER:  -- on the

11  northbound side?

12        JEAN EYRE:  Yes, he is.

13        AK STATE TROOPER DISPATCHER:  Okay.  Is he

14  still south of Farmers Loop or is he north of

15  Farmers Loop now?

16        JEAN EYRE:  South.  He's heading towards

17  Fairbanks.

18        AK STATE TROOPER DISPATCHER:  Okay.  So

19  he's south -- heading south on the northbound side?

20        JEAN EYRE:  Yes.

21        AK STATE TROOPER DISPATCHER:  Okay.

22        JEAN EYRE:  I'm really sorry if you guys

23  are busy tonight.  Is there -- I mean, are you guys

24  able to get over here quickly?

25        AK STATE TROOPER DISPATCHER:  Oh, yeah,

1  absolutely.  I already have a couple units that are

2  on their way.  And this is the highest priority

3  thing that we have going on right now.

4          JEAN EYRE:  Thank you, because he's really

5  drunk.

6          AK STATE TROOPER DISPATCHER:  Okay.  I

7  understand that.  I spoke with the -- the person who

8  called about him earlier, so I'm aware of what's

9  going on.

10          Has he ever done anything violent when

11  he's been intoxicated or sober, anything like this?

12          JEAN EYRE:  No.  No, he's not a violent

13  person.  I just -- I'm worried about him falling in

14  the traffic.

15          AK STATE TROOPER DISPATCHER:  Okay.  Do you

16  still have eyes on him?

17          JEAN EYRE:  Yeah, but he's running.

18          AK STATE TROOPER DISPATCHER:  He's running.

19  Is he still southbound?

20          JEAN EYRE:  He's on the side of the road,

21  but -- I'd really like you guys to just stop traffic

22  and --

23          AK STATE TROOPER DISPATCHER:  Okay.

24          JEAN EYRE:  -- keep him off the side of the

25  road.

1       AK STATE TROOPER DISPATCHER:  Okay.  I have

2   -- I have two troopers coming as quickly as they

3   can, okay.

4       Do you know how far from Farmers Loop he

5   is?  Is he -- are you pretty close to the Johansen

6   right now?

7       JEAN EYRE:  He is -- I don't know.  He's

8   kind of at the -- the big corner before the light in

9   front of the church, on the north side of the church

10  that's right there on the road.  And the highway is

11  lower here so now I can't really see him.  I can't

12  see him.

13      AK STATE TROOPER DISPATCHER:  Okay.

14      Okay.  Is he closer to the Johansen

15  Expressway now?

16      JEAN EYRE:  I can't see him.

17      AK STATE TROOPER DISPATCHER:  Okay.

18      JEAN EYRE:  Open the door and stand up.

19  See if you can see him.

20      NICHOLE BOTTELSON:  (Indiscernible.)  I

21  could go look.

22      JEAN EYRE:  No, you're not.

23      NICHOLE BOTTELSON:  I'm not going to go see

24  him.  I'm going to burn up there to see him -- where

25  he's at.

1     JEAN EYRE:  No.

2     NICHOLE BOTTELSON:  (Indiscernible.)

3     AK STATE TROOPER DISPATCHER:  Your

4  daughter's not going to run into the highway, is

5  she?

6     JEAN EYRE:  No, she's not.

7     AK STATE TROOPER DISPATCHER:  Okay.

8     JEAN EYRE:  No, she's not.  She was just

9  going to try and look at him, and I said no.

10     NICHOLE BOTTELSON:  (Indiscernible.)

11     JEAN EYRE:  Okay.  Okay.

12     AK STATE TROOPER DISPATCHER:  Was your

13  daughter able to --

14     NICHOLE BOTTELSON:  Yes, I see him.  He's

15  right over there (indiscernible) --

16     JEAN EYRE:  Okay.  He's -- he's right --

17  he's right next to the -- the brown church.

18     AK STATE TROOPER DISPATCHER:  He's next to

19  the -- is that on the north side of the highway?

20     JEAN EYRE:  On the north side.  He's

21  still -- he hasn't crossed back over again.  He's

22  still on the side going towards Chena Hot Springs.

23     AK STATE TROOPER DISPATCHER:  Okay.  It

24  sounds like one of my troopers might see him.  So

25  they've -- they've been discussing on how to

1   approach and contact him.  So...

2            Let me just confirm that, okay.  Give me

3   just a second.

4            JEAN EYRE:  Okay.

5              Have you talked to Sam?

6              (Pause.)

7            AK STATE TROOPER DISPATCHER:  Jean?

8            JEAN EYRE:  Yeah.

9            AK STATE TROOPER DISPATCHER:  Okay.  My

10  troopers have a visual on him, so I'm going to go

11  ahead and disconnect.  Can you just --

12           JEAN EYRE:  Okay.

13           AK STATE TROOPER DISPATCHER:  -- find

14  someplace safe to park in the area, and we'll give

15  you a call when we have further knowledge of what's

16  going on.

17           JEAN EYRE:  Yeah. I'm --

18           AK STATE TROOPER DISPATCHER:  Okay.

19           JEAN EYRE:  All right.  Thank you.

20  Bye-bye.

21           AK STATE TROOPER DISPATCHER:  Okay.  Bye.

22  (0:15:18)

23             (End of audio.)

24

25  DPS-00185

1  (0:00:00)

2          AK STATE TROOPER DISPATCHER:  Alaska State

3  Troopers.

4          911 DISPATCHER:  I am transferring -- go

5  ahead, sir.

6          SHAWN STEELE:  I -- I -- there's a possible

7  suicide in progress.  I need you to get there

8  immediately.  He's got a gun and he's drunk.

9          AK STATE TROOPER DISPATCHER:  Okay.

10         SHAWN STEELE:  He's only got one bullet,

11 and he showed it on Facebook live.

12         AK STATE TROOPER DISPATCHER:  Okay.  Can

13 you tell me the address where he's at?

14         SHAWN STEELE:  I believe he's at 528

15 Marshall Drive.  I don't know for sure.

16         AK STATE TROOPER DISPATCHER:  Marshall

17 Drive in which town?

18         SHAWN STEELE:  Fairbanks.

19         AK STATE TROOPER DISPATCHER:  Okay.  And

20 what's his name?

21         SHAWN STEELE:  Cody (indiscernible).

22         AK STATE TROOPER DISPATCHER:  I'm sorry.

23 Your phone cut out.

24         SHAWN STEELE:  Cody Eyre.

25         AK STATE TROOPER DISPATCHER:  How do you

1   spell his last name?

2           SHAWN STEELE:  E-y-r-e.

3           AK STATE TROOPER DISPATCHER:  Okay.  And

4   tell me exactly what is going on.  What is he doing

5   right now?

6           SHAWN STEELE:  He -- I was on Facebook.  I

7   was scrolling through my news feed, and I opened up

8   a live feed from him, drinking.  And he had a gun

9   and he said he was going to do it.  He doesn't care

10  what -- because people were begging him on Facebook

11  not to, and he said he's going to do it.  He said he

12  had one bullet in the gun, and then he ended the

13  video.

14          AK STATE TROOPER DISPATCHER:  Okay.  Do you

15  have a cell phone number for him?

16          SHAWN STEELE:  I do.  Let me see here.  I

17  tried to call him, then I tried to text him.  His

18  phone is off.  It's 1 (907) 810-7933.

19          AK STATE TROOPER DISPATCHER:  Okay.  And

20  what's your name and your phone number?

21          SHAWN STEELE:  Shawn Steele (phonetic).  My

22  number is (907) 521-3421.

23          AK STATE TROOPER DISPATCHER:  6421?

24          SHAWN STEELE:  3421.

25          AK STATE TROOPER DISPATCHER:  Okay.  And

1    how long ago did he turn that video off?

2            SHAWN STEELE:  Just, like, five, 10 minutes

3    ago.  And I've been trying to get ahold of him

4    since.

5            AK STATE TROOPER DISPATCHER:  Okay.  And do

6    you know for a fact that he's here in Fairbanks at

7    that address?

8            SHAWN STEELE:  I don't (indiscernible).  I

9    know that that's where he lived and that's what it

10    looked like he was at in the video, and that's one

11    of his family's houses.

12            AK STATE TROOPER DISPATCHER:  Okay.  Do you

13    know if anyone is home with him, by chance?

14            SHAWN STEELE:  I don't.  I'm in Wasilla

15    right now.

16            AK STATE TROOPER DISPATCHER:  Okay.  And

17    what kind of gun did he have?

18            SHAWN STEELE:  It looked like a .22 Magnum

19    revolver.

20            AK STATE TROOPER DISPATCHER:  Okay.

21            SHAWN STEELE:  The round looked like a .22

22    Magnum.  It was a revolver.

23            AK STATE TROOPER DISPATCHER:  Okay.  And

24    can I get --

25            SHAWN STEELE:  (Indiscernible.)

1          AK STATE TROOPER DISPATCHER:  Can I get

2   your date of birth for -- just for my records?

3          SHAWN STEELE:  March 1st, 1994.  His dad is

4   already on the way there and I already called him

5   and he's -- he's on his way from Delta Junction, so

6   it's going to be a while before he gets there.

7          AK STATE TROOPER DISPATCHER:  Okay.  And do

8   you know why he would want to commit suicide?  Is he

9   going through tough times or...

10          SHAWN STEELE:  I don't.  I haven't talked

11   to him in a while.

12          AK STATE TROOPER DISPATCHER:  All right.

13   We'll go ahead and have a trooper continue

14   responding out there.  Okay?

15          SHAWN STEELE:  Thank you.

16          AK STATE TROOPER DISPATCHER:  If you hear

17   from him or you hear anything else about the

18   situation, can you call us back immediately?

19          SHAWN STEELE:  Yes.

20          AK STATE TROOPER DISPATCHER:  Okay.  All

21   right.  Thank you.

22          SHAWN STEELE:  All right.  Thank you.

23          AK STATE TROOPER DISPATCHER:  Bye.

24          SHAWN STEELE:  Bye.

25   (0:02:56)

```
 1              (End of audio.)

 2

 3   DPS-00186

 4   (0:00:00)

 5              DETECTIVE THOMPSON:  Today is December 24,

 6   2017.  It's 9:38 p.m. at FPD in the evidence

 7   processing room.  This is Detective Thompson, along

 8   with Detective Malloy, Lieutenant Geier.  There's

 9   Officer Larimer, and acting as a union

10   representative is Officer Wages.

11              So just real quick, I'm going to give you

12   just a quick disclaimer, and we have some really

13   basic questions to ask you.

14              Do you understand that you are not in

15   custody and that you're free to discontinue this

16   interview at any time?

17              OFFICER LARIMER:  Yes.

18              DETECTIVE THOMPSON:  All right.  And do you

19   understand that you're not obligated to talk to us?

20              OFFICER LARIMER:  Yes.

21              DETECTIVE THOMPSON:  Okay.  So just very

22   initially, you were involved in the shooting

23   tonight?

24              OFFICER LARIMER:  Yes.

25              DETECTIVE THOMPSON:  When you were in that
```

1    shooting, do you know who was to your left or to

2    your right?

3             OFFICER LARIMER:  I was all the way on the

4    left.  I had -- we have Sweet and Joslin next to me.

5             DETECTIVE THOMPSON:  Okay.

6             OFFICER LARIMER:  And I don't know the

7    names of the other two --

8             DETECTIVE THOMPSON:  Okay.  Where was your

9    vehicle?

10            OFFICER LARIMER:  My vehicle was in the

11   northbound lane of the Steese, right -- just -- just

12   north of the intersection there --

13            DETECTIVE THOMPSON:  Okay.  All right.

14            OFFICER LARIMER:  -- with Johansen.

15            DETECTIVE THOMPSON:  What firearm did you

16   discharge tonight?

17            OFFICER LARIMER:  My rifle.

18            DETECTIVE THOMPSON:  Okay.  .223?

19            OFFICER LARIMER:  Yes.

20            DETECTIVE THOMPSON:  Okay.

21            DETECTIVE MALLOY:  Did you discharge your

22   pistol at all?

23            OFFICER LARIMER:  Huh?

24            DETECTIVE MALLOY:  Discharge your pistol at

25   all?

1            OFFICER LARIMER:  No.

2            DETECTIVE MALLOY:  Anything else -- okay.

3            DETECTIVE THOMPSON:  Okay.  Any other

4    weapons that you would normally carry, like your

5    taser or anything like that?  Nothing --

6            OFFICER LARIMER:  No.

7            DETECTIVE THOMPSON:  Okay.  All right.

8    Anything else?

9            DETECTIVE MALLOY:  Nope.  We need to get

10   some photos all the way around.

11           DETECTIVE THOMPSON:  Yep.

12           DETECTIVE MALLOY:  And then we're going to

13   count (indiscernible) --

14           DETECTIVE THOMPSON:  Micky Thompson.

15           DETECTIVE MALLOY:  -- and (indiscernible).

16           DETECTIVE THOMPSON:  And we'll be off tape.

17   It's 9:40.

18   (0:01:34)

19            (End of audio.)

20

21   DPS-00187

22   (0:00:00)

23           DETECTIVE THOMPSON:  I'm Detective

24   Thompson, Detective Malloy with Officer Richard

25   Sweet.  Today is December 24th.  It's 9:22 p.m. at

1   FPD.  Dennis Benn is also present as a union rep.

2          So, Rick, this is going to be just,

3   again, that super initial interview to help us

4   process -- it's not even an interview.  Just some

5   basic questions to allow us to better process that

6   scene.

7          Before we get started, though, just read

8   you a quick disclaimer.  You understand that you're

9   not in custody and you're free to discontinue this

10   interview at any time?

11          OFFICER SWEET:  Yes.

12          DETECTIVE THOMPSON:  All right.  And do you

13   understand that you're not obligated to talk to

14   me --

15          OFFICER SWEET:  Yes.

16          DETECTIVE THOMPSON:  -- or us?  Okay.

17          All right.  So glad you're okay.  Very

18   initial question for you:  Where were you at during

19   the shooting?  Were you part of the shooting?

20          OFFICER SWEET:  I was.

21          DETECTIVE THOMPSON:  Okay.  And do you know

22   who was standing to your right or to your left?

23          OFFICER SWEET:  Left was Tyler Larimer.

24          DETECTIVE THOMPSON:  Okay.

25          OFFICER SWEET:  And to the right of me

```
 1   was Christine...
 2              DETECTIVE THOMPSON:  Joslin?
 3              OFFICER SWEET:  Joslin.  Thank you.  Yeah.
 4              DETECTIVE THOMPSON:  All right.  Okay.
 5              OFFICER SWEET:  Yeah, they were to my left
 6   and right.
 7              DETECTIVE THOMPSON:  Where was your vehicle
 8   at?
 9              OFFICER SWEET:  It was behind our -- us
10   where we were standing, so it was north of where we
11   were lined up.
12              DETECTIVE THOMPSON:  Okay.
13              OFFICER SWEET:  We were all facing south.
14              DETECTIVE THOMPSON:  Okay.
15              OFFICER SWEET:  And it was approximately
16   20 yards, maybe 10 -- 10 to 20 yards, somewhere in
17   there, between us and -- and the vehicle.
18              DETECTIVE THOMPSON:  Okay.
19              OFFICER SWEET:  It was stopped.  I had the
20   spotlight forward.
21              DETECTIVE THOMPSON:  Got it.
22              OFFICER SWEET:  But our -- it was facing
23   directly towards the --
24              DETECTIVE THOMPSON:  Okay.
25              OFFICER SWEET:  You know, (indiscernible).
```

1    DETECTIVE THOMPSON:  And which weapon did
2  you fire during this incident?
3    OFFICER SWEET:  A rifle.
4    DETECTIVE THOMPSON:  Rifle.
5    OFFICER SWEET:  Right.
6    DETECTIVE THOMPSON:  Okay.  .223?
7    OFFICER SWEET:  Yes.
8    DETECTIVE THOMPSON:  Okay.
9    DETECTIVE MALLOY:  So in reference to the
10  scene, where would casings be, so we -- to process
11  where to start?
12    OFFICER SWEET:  Mine would be slightly
13  probably to the rear of the line (indiscernible) was
14  because I was slightly behind them.
15    DETECTIVE MALLOY:  Okay.
16    OFFICER SWEET:  Probably about a step.  And
17  I was standing.
18    DETECTIVE MALLOY:  Okay.  Anything else you
19  can think of collection-wise for the scene outside
20  of casings and --
21    OFFICER SWEET:  No, because they should all
22  be in that one -- right along that one horizontal
23  line --
24    DETECTIVE THOMPSON:  Okay.
25    OFFICER SWEET:  -- where we were at.

1          DETECTIVE THOMPSON:  All right.

2          DETECTIVE MALLOY:  Okay.  And you did not

3     discharge your pistol --

4          OFFICER SWEET:  No.

5          DETECTIVE MALLOY:  -- at all?  Any other --

6     anything else?  Any other weapon or anything come

7     out?

8          OFFICER SWEET:  No.

9          DETECTIVE MALLOY:  Okay.  Okay.  I'm just

10    going to take some photos --

11         OFFICER SWEET:  Yep.

12         DETECTIVE MALLOY:  All right.

13         OFFICER SWEET:  I got blood on me, but

14    that's when I went up to try to put on -- well, I

15    put a tourniquet on.

16         DETECTIVE MALLOY:  Okay.

17         DETECTIVE THOMPSON:  All right.

18         DETECTIVE MALLOY:  Well, don't touch --

19         OFFICER SWEET:  You may have

20    (indiscernible).

21         DETECTIVE THOMPSON:  All right.  All right.

22    We're going to go off tape and it's 9:24.

23    (0:02:31)

24              (End of audio.)

25

1                    TRANSCRIBER'S CERTIFICATE

2

3          I, Crystal Thompson-Bartlett, hereby

4    certify that the foregoing pages numbered 1 through

5    27 are a true, accurate, and complete transcript of

6    audio recording in Case No. 4:19-CV-00038-SLG, The

7    Estate of Cody Eyre versus AST/DPS, et al,

8    transcribed by me from a copy of the electronic

9    sound recording to the best of my knowledge and

10   ability.

11

12

13

14   _____         _____
                  Date                   Crystal Thompson-Bartlett,
15                                             Transcriber

16

17

18

19

20

21

22

23

24

25

The Estate of Cody Eyre vs.
AST/DPS, et al.

Transcript of Audio Recordings

December 24, 2017

**A**

ability (1)
27:10
able (2)
11:24;14:13
absolutely (1)
12:1
accident (1)
10:13
accurate (1)
27:5
acting (1)
20:9
address (2)
16:13;18:7
again (3)
7:24;14:21;23:3
ago (3)
5:21;18:1,3
ahead (8)
4:17;5:17;6:23;8:5;
9:8;15:11;16:5;19:13
ahold (1)
18:3
AK (94)
2:16,23;3:1,5,8,12,
15,18,22,25;4:2,5,8,
15;5:5,7,11,14,19,23;
6:4,9,14,22;7:1,6,11,
14,18,20,22,25;8:4,
10,12,15,21;9:1,4,11,
17,21,24;10:3,11,16,
23;11:3,7,10,13,16,
21,25;12:6,15,18,23;
13:1,13,17;14:3,7,12,
18,23;15:7,9,13,18,
21;16:2,9,12,16,19,
22,25;17:3,14,19,23,
25;18:5,12,16,20,23;
19:1,7,12,16,20,23
al (2)
1:9;27:7
ALASKA (4)
1:1;2:16,17;16:2
allow (1)
23:5
along (2)
20:7;25:22
ambulance (1)
2:6
approach (1)
15:1
approximately (1)
24:15
area (1)
15:14
around (3)
6:2;10:10;22:10
assistance (2)
2:6,8
AST/DPS (2)

**1:9;27:7**
AUDIO (6)
1:15;15:23;20:1;
22:19;26:24;27:6
aware (1)
12:8
away (4)
4:25;7:4;8:20;9:2

**B**

back (8)
5:20,23;6:5,10;9:2;
10:22;14:21;19:18
background (2)
8:9,13
basic (2)
20:13;23:5
begging (1)
17:10
behind (2)
24:9;25:14
Benn (1)
23:1
best (1)
27:9
better (1)
23:5
big (1)
13:8
birth (1)
19:2
bit (1)
5:21
black (3)
3:10;4:3;5:16
blinker (1)
10:24
blinkers (2)
10:9,19
block (1)
7:4
blood (1)
26:13
BOTTELSON (13)
4:13,20,22;5:2;
6:18,21;7:21;8:19;
13:20,23;14:2,10,14
broke (1)
2:20
brown (1)
14:17
bullet (2)
16:10;17:12
burn (1)
13:24
busy (1)
11:23
Bye (3)
15:21;19:23,24
Bye-bye (1)
15:20

**C**

call (3)
15:15;17:17;19:18
called (2)
12:8;19:4
Camo (1)
4:5
camouflage (2)
3:11;4:4
Can (20)
2:14;4:6;6:4,9,13;
7:16,17,22,25;9:11;
10:5,19;13:3,19;
15:11;16:12;18:24;
19:1,18;25:19
car (3)
6:17,20;10:20
care (1)
17:9
Carhartts (2)
3:10;4:3
carries (2)
8:24,25
carry (1)
22:4
carrying (1)
8:22
Case (2)
1:10;27:6
casings (2)
25:10,20
catch (1)
5:18
cell (1)
17:15
CERTIFICATE (1)
27:1
certify (1)
27:4
chance (1)
18:13
Chena (2)
2:12;14:22
Christine (1)
24:1
church (3)
13:9,9;14:17
city (1)
2:3
close (5)
4:11;5:10;6:7;7:4;
13:5
closer (1)
13:14
coat (3)
3:11;4:4,5
CODY (7)
1:5;2:25;5:8,18;
16:21,24;27:7
collection-wise (1)
25:19

coming (2)
10:13;13:2
commit (1)
19:8
complete (1)
27:5
confirm (1)
15:2
contact (2)
6:11;15:1
continue (1)
19:13
copy (1)
27:8
corner (2)
2:11;13:8
count (1)
22:13
couple (1)
12:1
COURT (1)
1:1
cross (1)
11:4
crossed (2)
11:5;14:21
Crystal (2)
27:3,14.5
custody (1)
20:15;23:9
cut (1)
16:23

**D**

dad (1)
19:3
date (2)
19:2;27:14.5
daughter (2)
5:17;14:13
daughter's (1)
14:4
December (2)
20:5;22:25
Delta (1)
19:5
Dennis (1)
23:1
DETECTIVE (55)
20:5,7,8,18,21,25;
21:5,8,13,15,18,20,21,
24;22:2,3,7,9,11,12,
14,15,16,23,23,24;
23:12,16,21,24;24:2,
4,7,12,14,18,21,24;
25:1,4,6,8,9,15,18,24;
26:1,2,5,9,12,16,17,
18,21
direction (1)
3:3
directly (1)
24:23

discharge (4)
21:16,21,24;26:3
disclaimer (2)
20:12;23:8
disconnect (1)
15:11
discontinue (2)
20:15;23:9
discussing (1)
14:25
DISPATCHER (99)
2:3,5,9,14,16,23;
3:1,5,8,12,15,18,22,
25;4:2,5,8,15;5:5,7,
11,14,19,23;6:4,9,14,
22;7:1,6,11,14,18,20,
22,25;8:4,10,12,15,
21;9:1,4,11,17,21,24;
10:3,11,16,23;11:3,7,
10,13,18,21,25;12:6,
15,18,23;13:1,13,17;
14:3,7,12,18,23;15:7,
9,13,18,21;16:2,4,9,
12,16,19,22,25;17:3,
14,19,23,25;18:5,12,
16,20,23;19:1,7,12,
16,20,23

distance (2)
9:5,5
DISTRICT (1)
1:2
done (1)
12:10
door (1)
13:18
down (3)
2:21;6:25;7:2
DPS-00184 (2)
1:16;2:1
DPS-00185 (2)
1:17;15:25
DPS-00186 (2)
1:18;20:3
DPS-00187 (2)
1:19;22:21
drinking (3)
2:19;4:21;17:8
Drive (2)
16:15,17
drunk (2)
12:5;16:8
during (2)
23:18;25:2

**E**

earlier (1)
12:8
electronic (1)
27:8
else (6)
4:3;19:17;22:2,8;
25:18;26:6

Min-U-Script®
Crystal Thompson Court Reporting Services, LLC
516 Second Avenue, Suite 313, Fairbanks, Alaska 99701 - (907) 460-9835

(1) ability - else
Case 4:19-cv-00038-SLG Document 196-1 Filed 04/07/22 Page 29 of 32

Exhibit A - Page 29 of 32

The Estate of Cody Eyre vs.
AST/DPS, et al.

Transcript of Audio Recordings

December 24, 2017

emergency (2)
2:10,18
End (4)
15:23;20:1;22:19;
26:24
ended (1)
17:12
enough (1)
6:7
ESTATE (2)
1:5;27:7
et (2)
1:9;27:7
even (1)
23:4
everyone (1)
9:2
evidence (1)
20:6
exactly (1)
17:4
exit (2)
9:14,15
Expressway (1)
13:15
eye (1)
9:12
eyes (1)
12:16
EYRE (84)
1:5;2:4,7,11,19,25,
25;3:3,7,10,14,17,21,
24;4:1,4,7,11,17,21;
5:1,3,6,9,13,16,22,24;
6:7,13,16,20,24;7:3,9,
13,16,19,24;8:2,2,7,
11,14,17,23;9:3,10,
13,20,23;10:1,8,15,
18,25;11:5,9,12,16,
20,22;12:4,4,12,17,20,
24;13:7,16,18,22;
14:1,6,8,11,16,20;
15:4,8,12,17,19;
16:24;27:7
E-y-r-e (1)
17:2

F

Facebook (3)
16:11;17:6,10
facing (2)
24:13,22
fact (1)
18:6
FAIRBANKS (7)
1:2;2:4;9:25;10:2;
11:17;16:18;18:6
falling (1)
12:13
family's (1)
18:11
far (1)

13:4
Farmers (6)
2:11;3:5;10:6;
11:14,15;13:4
feed (2)
17:7,8
feels (1)
5:24
find (1)
15:13
fire (3)
2:5,7;25:2
firearm (2)
8:22;21:15
five (1)
18:2
foregoing (1)
27:4
forward (1)
24:20
FOURTH (1)
1:2
FPD (2)
20:6;23:1
free (2)
20:15;23:9
front (1)
13:9
fuck (1)
8:19
further (1)
15:15

G

Geier (1)
20:8
gets (1)
19:6
girlfriend (1)
2:20
glad (1)
23:17
God (1)
5:2
goes (2)
8:23;9:12
good (3)
4:24;5:25;9:5
gun (8)
2:21;3:13;7:7;8:25;
16:8;17:8,12;18:17
guys (7)
2:22;9:16;10:6,12;
11:22,23;12:21

H

heading (2)
11:16,19
hear (2)
19:16,17
heard (1)

5:20
help (1)
23:3
hereby (1)
27:3
hiding (1)
7:19
high (1)
10:14
highest (1)
12:2
highway (6)
10:7;11:4,6;13:10;
14:4,19
hip (2)
7:14,16
hit (1)
10:7
hold (2)
4:6,17
holster (3)
3:17,19;7:10
home (1)
18:13
Honest (1)
5:2
horizontal (1)
25:22
Hot (2)
2:12;14:22
houses (1)
18:11
Huh (1)
21:23
hunting (1)
8:23
Hurt (1)
3:22

I

immediately (2)
16:8;19:18
incident (1)
25:2
indiscernible (22)
4:14,19,23;5:1;
6:18,19,21;7:21;9:23;
11:9;13:20;14:2,10,
15;16:21;18:8,25;
22:13,15;24:25;
25:13;26:20
information (1)
10:4
initial (2)
23:3,18
initially (1)
20:22
intersection (1)
21:12
interview (4)
20:16;23:3,4,10
into (1)

14:4
intoxicated (1)
12:11
involved (2)
10:13;20:22

J

JEAN (82)
2:4,7,11,19,25;3:3,
7,10,14,17,21,24;4:1,
4,7,11,17,21;5:1,3,6,9,
13,16,22,24;6:7,13,
16,20,24;7:3,9,13,16,
19,24;8:2,2,7,10,11,
14,17,23;9:3,10,13,
20,23;10:1,8,15,18,
25;11:5,9,12,16,20,
22;12:4,12,17,20,24;
13:7,16,18,22;14:1,6,
8,11,16,20;15:4,7,8,
12,17,19
Johansen (3)
13:5,14;21:14
Joslin (3)
21:4;24:2,3
JUDICIAL (1)
1:2
Junction (1)
19:5

K

keep (4)
9:5,5,12;12:24
keeps (1)
7:7
kind (3)
5:14;13:8;18:17
knowledge (2)
15:15;27:9
knows (1)
6:14

L

lane (1)
21:11
Larimer (14)
20:9,17,20,24;21:3,
6,10,14,17,19,23;
22:1,6;23:23
last (1)
17:1
left (5)
21:1,4;23:22,23;
24:5
Lieutenant (1)
20:8
light (1)
13:8
line (5)
2:15;6:25;7:2;

25:13,23
lined (1)
24:11
little (1)
5:21
live (2)
16:11;17:8
lived (1)
18:9
loaded (1)
3:13
location (1)
2:9
long (2)
10:15;18:1
look (2)
13:21;14:9
looked (1)
18:10,18,21
Loop (6)
2:11;3:6;10:6;
11:14,15;13:4
lower (1)
13:11

M

Ma'am (1)
5:5
Magnum (2)
18:18,22
Malloy (17)
20:8;21:21,24;22:2,
9,12,15,24;25:9,15,
18;26:2,5,9,12,16,18
March (1)
19:3
Marshall (2)
16:15,16
may (3)
6:24;7:1;26:19
maybe (1)
24:16
mean (1)
11:23
mention (1)
3:19
Micky (1)
22:14
middle (1)
11:1
might (2)
10:10;14:24
mind (2)
6:6,12
Mine (1)
25:12
minutes (1)
18:2
Mom (2)
4:20;6:19
moment (1)
2:15

Case 4:19-cv-00038-SLG   Document 45-1   Filed 04/07/22   Page 30 of 32
Exhibit A - Page 30 of 32

The Estate of Cody Eyre vs.
AST/DPS, et al.

Transcript of Audio Recordings

December 24, 2017

## N

**name (7)**
2:24;7:23;8:1,2;
16:20;17:1,20
**names (1)**
21:7
**Navigator (1)**
5:16
**near (2)**
6:6;9:8
**need (4)**
2:5,7;16:7;22:9
**news (1)**
17:7
**next (3)**
14:17,18;21:4
**NICHOLE (14)**
4:13,20,22;5:2;
6:16,18,21;7:21;8:19;
13:20,23;14:2,10,14
**Nope (2)**
7:3;22:9
**normally (1)**
22:4
**north (6)**
11:14;13:9;14:19,
20;21:12;24:10
**northbound (4)**
11:8,11,19;21:11
**number (6)**
7:23;8:1,3;17:15,
20,22
**numbered (1)**
27:4

## O

**O00:00 (1)**
2:2
**obligated (2)**
20:19;23:13
**off (6)**
5:3;12:24;17:18;
18:1;22:16;26:22
**Officer (40)**
20:9,10,17,20,24;
21:3,6,10,14,17,19,
23;22:1,6,24;23:11,
15,20,23,25;24:3,5,9,
13,15,19,22,25;25:3,
5,7,12,16,21,25;26:4,
8,11,13,19
**Old (2)**
9:21,25
**One (7)**
2:15;14:24;16:10;
17:12;18:10;25:22,22
**only (1)**
16:10
**onto (5)**
9:14,18,18,25;10:1

**Open (1)**
13:18
**opened (1)**
17:7
**Otherwise (1)**
8:24
**out (6)**
4:15;8:23;10:4;
16:23;19:14;26:7
**outside (1)**
25:19
**over (3)**
11:24;14:15,21

## P

**pages (1)**
27:4
**park (1)**
15:14
**part (1)**
23:19
**passed (1)**
9:13
**Pause (3)**
4:10;8:8;15:6
**people (2)**
10:9;17:10
**person (3)**
3:16;12:7,13
**phone (7)**
7:23;8:1,3;16:23;
17:15,18,20
**phonetic (1)**
17:21
**photos (2)**
22:10;26:10
**pick (2)**
2:22;9:16
**pistol (3)**
21:22,24;26:3
**please (2)**
2:3;4:18
**pm (2)**
20:6;22:25
**police (2)**
2:5,7
**possible (1)**
16:6
**power (2)**
6:25;7:2
**present (1)**
23:1
**pressure (1)**
9:6
**pretty (1)**
13:5
**priority (1)**
12:2
**probably (2)**
25:13,16
**process (3)**
23:4,5;25:10

**processing (1)**
20:7
**progress (1)**
16:7
**promise (1)**
6:2
**promises (1)**
6:3
**provoke (1)**
9:7
**put (5)**
9:6;10:8,19;26:14,
15

## Q

**quick (3)**
20:11,12;23:8
**quickly (2)**
11:24;13:2

## R

**rate (1)**
10:14
**read (1)**
23:7
**real (1)**
20:11
**really (8)**
2:22;5:24;7:4;
11:22;12:4,21;13:11;
20:12
**rear (1)**
25:13
**recording (2)**
27:6,9
**RECORDINGS (1)**
1:15
**records (1)**
19:2
**reference (1)**
25:9
**refusing (1)**
5:21
**relationship (2)**
4:24;5:25
**rep (1)**
23:1
**representative (1)**
20:10
**respect (1)**
9:8
**responding (2)**
9:9;19:14
**revolver (2)**
18:19,22
**Richard (1)**
22:24
**Rick (1)**
23:2
**rifle (3)**
21:17;25:3,4

**right (32)**
7:8;8:20;12:3;13:6,
10;14:15,16,17;
15:19;17:5;18:15;
19:12,21,22;20:18;
21:2,11,13;22:7;
23:12,17,22,25;24:4,
6;25:5,22;26:1,12,17,
21,21
**road (5)**
5:4;10:9;12:20,25;
13:10
**room (1)**
20:7
**round (1)**
18:21
**run (1)**
14:4
**running (2)**
12:17,18

## S

**safe (1)**
15:14
**safety (1)**
10:5
**Sam (1)**
15:5
**scene (3)**
23:6;25:10,19
**scrolling (1)**
17:7
**second (3)**
4:6;8:5;15:3
**SHAWN (24)**
16:6,10,14,18,21,
24;17:2,6,16,21,21,
24;18:2,8,14,18,21,
25;19:3,10,15,19,22,
24
**shooting (4)**
20:22;21:1;23:19,
19
**shortly (1)**
10:17
**shoulder (1)**
7:15
**showed (1)**
16:11
**side (10)**
2:13;10:9;11:11,19;
12:20,24;13:9;14:19,
20,22
**sidewalk (2)**
2:21;3:4
**sight (3)**
5:8,8,9
**situation (1)**
19:18
**slightly (1)**
25:12,14
**sober (1)**

12:11
**someplace (1)**
15:14
**somewhere (1)**
24:16
**son (1)**
2:19
**sorry (5)**
4:2;5:6;7:24;11:22;
16:22
**Sound (2)**
10:24;27:9
**sounds (1)**
14:24
**Sourdough (5)**
2:12;3:4;7:4,5;9:13
**south (5)**
11:14,16,19,19;
24:13
**southbound (1)**
12:19
**specific (1)**
3:19
**speed (1)**
10:14
**spell (1)**
17:1
**spoke (1)**
12:7
**spotlight (1)**
24:20
**Springs (2)**
2:12;14:22
**stand (1)**
13:18
**standing (3)**
23:22;24:10;25:17
**start (1)**
25:11
**started (1)**
23:7
**starting (1)**
9:18
**STATE (103)**
1:1;2:15,16,16,17,
23;3:1,5,8,12,15,18,
22,25;4:2,5,8,15;5:5,
7,11,14,19,23;6:4,6,9,
12,14,16,18,22;7:1,6,
11,14,18,20,22,25;
8:4,10,12,15,21;9:1,4,
11,17,21,24;10:3,11,
16,23;11:3,7,10,13,
18,21,25;12:6,15,18,
23;13:1,13,17;14:3,7,
12,18,23;15:7,9,13,
18,21;16:2,2,9,12,16,
19,22,25;17:3,14,19,
23,25;18:5,12,16,20,
23;19:1,7,12,16,20,23
**stay (7)**
2:14;5:20,23;9:2,2;
10:6,21

Min-U-Script®

Crystal Thompson Court Reporting Services, LLC
516 Second Avenue, Suite 313, Fairbanks, Alaska 99701 -- (907) 460-9533

(3) name - stay

Case 4:19-cv-00038-SLG   Document 176-1   Filed 04/07/22   Page 31 of 32

Exhibit A - Page 31 of 32

The Estate of Cody Eyre vs.
AST/DPS, et al.

Transcript of Audio Recordings

December 24, 2017

**STEELE (24)**
16:6,10,14,18,21,
24;17:2,6,16,21,21,
24;18:2,8,14,18,21,
25;19:3,10,15,19,22,
24
**Steese (5)**
9:19,22,25;10:2;
21:11
**step (1)**
25:16
**still (6)**
9:16;11:14;12:16,
19;14:21,22
**stop (1)**
12:21
**stopped (1)**
24:19
**suicide (2)**
16:7;19:8
**super (1)**
23:3
**SUPERIOR (1)**
1:1
**sure (1)**
16:15
**Sweet (27)**
21:4;22:25;23:11,
15,20,23,25;24:3,5,9,
13,15,19,22,25;25:3,
5,7,12,16,21,25;26:4,
8,11,13,19

**T**

**talk (2)**
20:19;23:13
**talked (2)**
15:5;19:10
**tape (2)**
22:16;26:22
**taser (1)**
22:5
**THOMPSON (39)**
20:5,7,18,21,25;
21:5,8,13,15,18,20;
22:3,7,11,14,14,16,23,
24;23:12,16,21,24;
24:2,4,7,12,14,18,21,
24;25:1,4,6,8,24;26:1,
17,21
**Thompson-Bartlett (2)**
27:3,14.5
**though (1)**
23:7
**times (1)**
19:9
**Today (2)**
20:5;22:25
**told (2)**
5:20;9:2
**tonight (3)**
11:23;20:23;21:16

**touch (1)**
26:18
**tough (1)**
19:9
**tourniquet (1)**
26:15
**toward (1)**
9:25
**towards (4)**
10:2;11:16;14:22;
24:23
**town (1)**
16:17
**traffic (2)**
12:14,21
**transcribed (1)**
27:8
**Transcriber (1)**
27:15
**TRANSCRIBER'S (1)**
27:1
**TRANSCRIPT (2)**
1:15;27:5
**transferring (1)**
16:4
**tried (2)**
17:17,17
**TROOPER (99)**
2:16,23;3:1,5,8,12,
15,18,22,25;4:2,5,8,
15;5:5,7,11,14,19,23;
6:4,9,14,16,19,22,23;
7:1,6,11,14,18,20,22,
25;8:4,6,10,12,15,21;
9:1,4,11,17,21,24;
10:3,11,16,23;11:3,7,
10,13,18,21,25;12:6,
15,18,23;13:1,13,17;
14:3,7,12,18,23;15:7,
9,13,18,21;16:2,9,12,
16,19,22,25;17:3,14,
19,23,25;18:5,12,16,
20,23;19:1,7,12,13,
16,20,23
**troopers (10)**
2:15,17,17;9:9;
10:5,14;13:2;14:24;
15:10;16:3
**true (1)**
27:5
**try (2)**
14:9;26:14
**trying (3)**
5:9,17;18:3
**turn (2)**
6:1;18:1
**turning (1)**
9:24
**two (3)**
9:9;13:2;21:7
**Tyler (1)**
23:23

**U**

**Um (2)**
4:1,1
**under (1)**
7:15
**union (2)**
20:9;23:1
**units (1)**
12:1
**unusual (1)**
8:21
**up (10)**
2:20,22;5:3,18;
9:16;13:18,24;17:7;
24:11;26:14
**update (2)**
6:23;8:6

**V**

**vehicle (7)**
5:12,15;6:10;21:9,
10;24:7,17
**vehicles (1)**
10:13
**versus (1)**
27:7
**video (3)**
17:13;18:1,10
**violent (1)**
12:10,12
**visual (1)**
15:10

**W**

**Wages (1)**
20:10
**walk (2)**
4:25;9:15
**walking (4)**
2:21;3:2,3;5:17
**wants (1)**
6:17
**warned (1)**
10:21
**Wasilla (1)**
18:14
**way (6)**
9:7;12:2;19:4,5;
21:3;22:10
**weapon (2)**
25:1;26:6
**weapons (1)**
22:4
**wearing (3)**
3:9,10;4:3
**What's (7)**
2:9,17,23;12:8;
15:15;16:20;17:20
**Who's (1)**

8:12
**worried (1)**
12:13

**Y**

**yards (2)**
24:16,16
**Yelling (3)**
8:9,12,16
**Yep (2)**
22:11;26:11

**0**

**0:00:00 (3)**
16:1;20:4;22:22
**0:01:34 (1)**
22:18
**0:02:31 (1)**
26:23
**0:02:56 (1)**
19:25
**0:15:18 (1)**
15:22

**1**

**1 (2)**
17:18;27:4
**10 (3)**
18:2;24:16,16
**1994 (1)**
19:3
**1st (1)**
19:3

**2**

**20 (2)**
24:16,16
**2017 (1)**
20:6
**22 (2)**
18:18,21
**223 (2)**
21:18;25:6
**24 (1)**
20:5
**24th (1)**
22:25
**27 (1)**
27:5

**3**

**3421 (1)**
17:24

**4**

**4:19-CV-00038-SLG (2)**
1:10;27:6

**5**

**521-3421 (1)**
17:22
**528 (1)**
16:14

**6**

**6421 (1)**
17:23

**8**

**810-7933 (1)**
17:18

**9**

**9:22 (1)**
22:25
**9:24 (1)**
26:22
**9:38 (1)**
20:6
**9:40 (1)**
22:17
**907 (3)**
8:3;17:18,22
**911 (6)**
2:3,3,5,9,14;16:4
**957-3212 (1)**
8:3

Min-U-Script®

Crystal Thompson Court Reporting Services, LLC
516 Second Avenue, Suite 313, Fairbanks, Alaska 99701 -- (907) 460-9533

(4) STEELE - 957-3212

Case 4:19-cv-00038-SLG Document 96-1 Filed 04/07/22 Page 32 of 32

Exhibit A - Page 32 of 32