Mark Choate, AK #8011070
Jon Choate, AK #1311093
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Tel: (907) 586-4490
Fax: (206) 424-9705
Email: lawyers@choatelawfirm.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| KYLE EYRE, Personal Representative of the Estate of Cody Eyre,<br><br>      Plaintiff,<br>vs.<br><br>THE CITY OF FAIRBANKS, a Municipal Corporation, RICHARD SWEET, TYLER LARIMER, the STATE OF ALASKA, ELONDRE JOHNSON, NATHANIEL JOHNSON, JAMES THOMAS III, CHRISTINE JOSLIN, and JOHN DOES 1-10, Inclusive.<br><br>      Defendant. | Case No. 4:19-cv-00038- SLG<br>Judge:    Sharon Gleason |

### DECLARATION OF MARK CHOATE IN SUPPORT OF PLAINTIFF'S <u>OPPOSITION TO MOTION FOR SUMMARY JUDGMENT</u>

I, Mark Choate, declare as follows:

1. I am an attorney with the Choate Law Firm LLC and am attorney of record for Kyle Eyre in the above-captioned matter.

Declaration of Mark Choate in Support Plaintiff's
Opposition to Motion for Summary Judgment
*Eyre v. The City of Fairbanks, et al.*, Case No. 4:19-cv-00038-SLG
Page 1 of 2

2. I am over the age of 18 years, am competent to testify, and have personal knowledge of the matters stated herein. I make this declaration in support of Plaintiff's Opposition to Defendant State of Alaska's Motion for Summary Judgment.

3. Attached as Exhibit 1 is a true and correct copy of the "Alaska Police Officer Use of Deadly Force – Data Quality Assessment and Case File Review 2010-2020" published by the Alaska Justice Information Center at the University of Alaska, Anchorage.

4. Attached as Exhibit 2 is a true and correct copy of the Anchorage Daily News article, Part 1: "43 People have been killed by Alaska law enforcement officers in the last 5 ½ years. Here's what we learned by examining each case." Author: Michelle Therialt Boots. Published 8/3/20.

5. Attached as Exhibit 3 is a true and correct copy of the Anchorage Daily News article, Part 2: "When Alaska police use deadly force, who holds them accountable." Author: Michelle Therialt Boots. Published 8/4/20.

6. Attached as Exhibit 4 is a true and correct dopy of the State Division of Vocational Rehabilitation – draft plan FY 2011 – for public comment.

7. Attached as Exhibit 5 is a true and correct dopy of the State Division of Vocational Rehabilitation – draft plan FY 2013 – for public comment.

I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

Executed at Juneau, Alaska this 18th day of May, 2022.

/s/ Mark Choate
Mark Choate, #8011070

Declaration of Mark Choate in Support Plaintiff's
Opposition to Motion for Summary Judgment
*Eyre v. The City of Fairbanks, et al.*, Case No. 4:19-cv-00038-SLG
Page 2 of 2