Mark Choate, AK 8011070
Jon Choate, AK 13011073
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
Tel: (907) 586-4490
Fax: (206) 424-9705
lawyers@choatelawfirm.com

UNITED STATES DISTRICT COURT FOR ALASKA

AT FAIRBANKS

| | |
|---|---|
| KYLE EYRE as Personal Representative of the Estate of CODY EYRE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF FAIRBANKS, a municipal corporation, RICHARD SWEET, TYLER LARIMER, the STATE OF ALASKA, ELONDRE JOHNSON, NATHANIEL JOHNSON JAMES THOMAS III, and CHRISTINE JOSLIN,<br><br>　　　　　　　　Defendants. | NOTICE OF APPEARANCE<br><br>Case No. 4:19-cv-00038-SLG<br>Judge: Sharon Gleason |

**NOTICE OF APPEARANCE**

Jon Choate, AK 13011073, an attorney duly admitted to practice before this Court, enters his appearance on behalf of plaintiff, KYLE EYRE as Personal Representative of the Estate of CODY EYRE. All communications, discovery and pleadings should continue to be directed to the below with the addition of Jon Choate as follows:

Mark Choate, AK 8011070
Jon Choate, AK 13011073
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
Tel: (907) 586-4490
Fax: (206) 424-9705
lawyers@choatelawfirm.com

**Electronic Service**

Plaintiff agrees to electronic service of all communications, discovery and pleadings on the condition that Defendants also agree to such service.

Dated: March 10, 2023

                                              CHOATE LAW FIRM LLC
Attorneys for KYLE EYRE as Personal Representative of the Estate of CODY EYRE,

By: */s/ Jon Choate*
Jon Choate, AK 13011073
jon@choatelawfirm.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document consisting of 2 pages was sent from jon@choatelawfirm.com was sent to counsel of record on March 10, 2023 at approximately 5:30 a.m. AKST via USDC CM/ECF [X].

**Attorneys for Defendants State of Alaska, Elondre Johnson, Nathaniel Johnson, James Thomas and Christine Joslin:**
Aisha Tinker Bray #9505028
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Email: aisha.bray@alaska.gov

**Attorneys for Defendants Richard Sweet and Tyler Larimer**:
Zane D. Wilson, #9111108
CSG, Inc.
714 Fourth Avenue #200
Fairbanks, AK 99701
Email: zane@alaskalaw.com;
nikil@alaskalaw.com

**Attorneys for Defendant City of Fairbanks:**
Clinton M. Campion # 0812105
Sedor Wendlandt Evans Filippi LLC
500 L Street, Suite 500
Anchorage, AK 99501
Email: campion@alaskalaw.pro

*/s/ Jon Choate*
Choate Law Firm LLC