# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

KYLE EYRE, a personal
representative of Cody Eyre,

                Plaintiff,

      v.

CITY OF FAIRBANKS, *et al.*

            Defendants.

Case No. 4:19-cv-00038-SLG

## ORDER RE JOINT RESPONSE TO ORDER AT DOCKET 96 CONCERNING CERTIFICATION OF READINESS FOR TRIAL

Before the Court at Docket 99 is the parties' *Joint Response to Order at Docket 96 Concerning Certification of Readiness for Trial*. Upon due consideration of the parties' request for further fact and expert discovery, pretrial deadlines in this matter are scheduled as follows:

1. Final Discovery Witness Lists shall be exchanged no later than **July 31, 2023**.

2. Fact Discovery shall be completed on or before **September 15, 2023**.

3. Expert Witnesses shall be identified by each party on or before **September 1, 2023**.

4. Plaintiff shall disclose expert reports on or before **October 2, 2023**.

5. Defendants shall disclose expert reports on or before **November 2, 2023**.

6. Rebuttal expert reports shall be disclosed on or before thirty (30) days from service of the report being rebutted.

7.  Expert discovery shall be completed on or before **February 9, 2024**.

    IT IS SO ORDERED.

DATED this 16th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 4:19-cv-00038-SLG, *Eyre v. City of Fairbanks, et al.*
Order re Joint Response to Order at Docket 96 Concerning Certification of Readiness for Trial
Page 2 of 2
Case 4:19-cv-00038-SLG   Document 102   Filed 03/16/23   Page 2 of 2